IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANNAMALAI ANNAMALAI, #56820-379, *also known as* SWAMIJI SRI SELVAM SIDDHAR,<br><br>  Plaintiff,<br><br>  v.<br><br>DANIEL SPROUL,<br>NATHAN SIMPKINS,<br>GARY BURGESS,<br>THOMAS FLEMING,<br>ASSISTANT WARDEN LeCLAIR,<br>RANDALL PASS,<br>LESLIE BROOKS,<br>ANDREU MOULTON,<br>ANNABELL FIELDS,<br>DELOCH,<br>USA, and<br>JOHN DOES 1-10,<br><br>  Defendants. | Case No. 22-cv-01541-JPG |

## **MEMORANDUM**

COMES NOW Plaintiff, Annamalai Annamalai a/k/a Swamiji Sri Selvam Siddhar, by and through his undersigned counsel, Wiedner & McAuliffe, Ltd., and hereby advise this Court that Plaintiff's Annamalai Annamalai inadvertently filed a pro-se Emergency Motion (Docket #103). Plaintiff's intention was to file it in another pending case. Plaintiff is aware of the Court's Order (Docket #91) warning him from filing documents on his own behalf in this matter and will abode by this Order moving forward.

Respectfully submitted,

WIEDNER & MCAULIFFE, LTD.

 /s/ *Brent L. Salsbury*
C. Zachary Vaughn, # 6288673

>Brent L. Salsbury, # 6287279
>Melanie D. Probst, # 6304987
>101 South Hanley, Suite 1450
>St. Louis, MO 63105
>czvaughn@wmlaw.com
>blsalsbury@wmlaw.com
>mdprobst@wmlaw.com
>*Attorneys for Defendant.*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was sent to all parties of record via the Court's Electronic Filing System this 18th day of May 2023.

    /s/ *Brent L. Salsbury*