UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANNAMALAI ANNAMALAI,

Plaintiff,

v.

DANIEL SPROUL,
NATHAN SIMPKINS,
GARY BURGESS,
THOMAS FLEMING,
ASSISTANT WARDEN LECLAIR,
RANDALL PASS,
LESLIE BROOKS,
ANDREU MOULTON,
ANNABEL FIELDS,
DELOCH,
UNITED STATES OF AMERICA, and
CURRENT WARDEN OF USP - MARION,

Defendants.

Case No. 22-cv-1541-JPG

**JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Defendant United States of America and against Plaintiff Annamalai Annamalai on the following claims:

- FTCA claim against the United States of America for failure to protect (Count 3);
- FTCA claim against the United States of America for deliberate disregard medical and mental health needs (Count 7b);
- FTCA claim against the United States of America for intentional infliction of emotional distress (Count 9);
- FTCA claim against the United States of America for negligent infliction of emotional distress (Count 10);

IT IS FURTHER ORDERED AND ADJUDGED that the following claims are dismissed with prejudice:

- Eighth Amendment claim pursuant to *Bivens* against Nathan Simpkins, Annabell Fields, and Gary Burgess for failure to protect (Count 4);

IT IS FURTHER ORDERED AND ADJUDGED that the following claims are dismissed without prejudice:

- Eighth Amendment claim pursuant to *Bivens* against Assistant Warden LeClair, Daniel Sproul, DeLoch, and Thomas Fleming for failure to protect (Count 4);

- FTCA claim against the United States of America for restriction of environmental stimuli (Count 5);

- FTCA claim against the United States of America for failure to supervise and/or train BOP officials (Count 6);

- Eighth Amendment claim pursuant to *Bivens* against Randall Pass, Leslie Brooks, Andreu Moulton, and Annabell Fields for failure to provide adequate medical care (Count 8);

- Illinois state law claim against Thomas Fleming and Nathan Simpkins for malicious prosecution (Count 11);

- Illinois state law claim against Daniel Sproul, Nathan Simpkins, and Thomas Fleming for abuse of process (Count 12);

- Loss of property, teeth, and finger claim against the United States of America, Daniel Sproul, Nathan Simpkins, Gary Burgess, Thomas Fleming, Assistant Warden Leclair, Randall Pass, Leslie Brooks, Andreu Moulton, Annabell Fields, and DeLoch (Count 16); and

- Punitive damages claim against the United States of America, Daniel Sproul, Nathan Simpkins, Gary Burgess, Thomas Fleming, Assistant Warden LeClair, Randall Pass, Leslie Brooks, Andreu Moulton, Annabell Fields, and DeLoch (Count 17).

**DATED: October 7, 2026**

**MONICA A. STUMP, Clerk of Court**

**Deputy Clerk**

**Approved:**

**J. PHIL GILBERT**
**United States District Judge**